IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-01695-WDM-KLM

LENA MARTINEZ,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER OF REMAND

Miller, J.

This case is before me on the Stipulated Motion to Remand (doc no 6) filed by the parties. Defendant removed this case to this Court on July 16, 2009. However, the parties have stipulated and agreed that the amount in controversy is under the threshold amount required for diversity jurisdiction. 28 U.S.C. § 1332.

Accordingly, it is ordered:

1.     The Stipulated Motion to Remand (doc no 6) is granted.

2.     This case shall be remanded to the District Court for the County of Pueblo, Colorado.

DATED at Denver, Colorado, on September 17, 2009.

                                                                      BY THE COURT:

                                                                       s/ Walker D. Miller
                                                                       United States Senior District Judge

PDF Final